645 A.2d 135

STATE OF NEW JERSEY IN THE INTEREST
OF J.L., A JUVENILE.

June 11, 1994.

Petition for certification is granted and the matter is summarily reversed and remanded to the trial court for further proceedings in light of *State in the Interest of J.L.A.*, 136 N.J. 370, 643 A.2d 538 (1994).